Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Natalie F. Price (SBN 279798)
E-mail: nprice@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
COUNTY OF SAN BERNARDINO, JOHN McMAHON and VICTOR MORENO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAMUEL MEDINA, as Guardian ad Litem for minor IVY DOE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a political subdivision of the State of California, JOHN McMAHON, in his individual capacity and in his official capacity as the Sheriff of the County of San Bernardino; VICTOR MORENO, in his official capacity as a Captain of the San Bernardino County Sheriff's Department; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 5:20-cv-01944-PSG-SP<br><br>[~~PROPOSED~~] JUDGMENT [104]<br><br>Judge: Honorable Phillip S. Gutierrez |

On October 28, 2023, Defendants County of San Bernardino, John McMahon and Victor Moreno filed a Motion for Summary Judgment with the Court.

On May 1, 2024, after full consideration of the relevant evidence including the Declarations and Exhibits, the Separate Statements of Facts and Conclusions of Law, and the briefs submitted by all counsel, the Court issued an Order granting Defendants' Motion for Summary Judgment. Therefore, due to the Order granting Defendants' Motion for Summary Judgment, IT IS HEREBY ADJUDGED AND

DECREED as follows:

Judgment is entered in favor of Defendants County of San Bernardino, John McMahon and Victor Moreno. Plaintiff shall recover nothing, and this action is dismissed on the merits.

Defendants are the prevailing parties for the purpose of any recovery of allowed costs as set forth in Federal Rule of Civil Procedure 54 and Central District Local Rule 54. Any costs and attorney's fees which the Court deems recoverable will be reserved and determined by the Court upon further proceedings.

**IT IS SO ORDERED.**

Dated: 5/24/24

Honorable Philip S. Gutierrez
United States District Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4892-0142-4833 v1

2